*In re* INTEGRACIÓN DE SALAS DE DESPACHO.

*Número:* ES-2016-04          *Resuelto:* 12 de septiembre de 2016

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4 del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, se constituyen las Salas de Despacho siguientes:

*Primera Sala de Despacho*:
Hon. Maite D. Oronoz Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco
Hon. Roberto Feliberti Cintrón

*Segunda Sala de Despacho*:
Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

---

*Tercera Sala de Despacho*:
Hon. Rafael L. Martínez Torres, *presidente*
Hon. Edgardo Rivera García
Hon. Ángel Colón Pérez

Cuando un miembro de la Sala no pueda intervenir en la decisión de algún asunto, se seguirá el procedimiento establecido en la Regla 4 del Reglamento del Tribunal Supremo, *supra*.

*Esta Resolución entrará en vigor el lunes 3 de octubre de 2016. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*